**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | No. 75 |
| | : | |
| REAPPOINTMENT TO THE | : | CLIENT SECURITY APPOINTMENT |
| PENNSYLVANIA LAWYERS FUND FOR | : | DOCKET |
| CLIENT SECURITY BOARD | : | |

## ORDER

**PER CURIAM**

　　**AND NOW**, this 19th day of January, 2021, Barbara E. Griffin, Esquire, Allegheny County, is hereby reappointed as a member of the Pennsylvania Lawyers Fund for Client Security Board for a term of three years, commencing April 1, 2021.